R. Robertson - Apm 873
5325 Broder Blvd.
Dublin, CA 94568-3309

RECEIVED
SEP 29 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Confidential
- LEGAL MAIL -

- Office of the Clerk -
U.S. Dist. Ct - N.D. of CA
450 Golden Gate Ave.
San Francisco, CA
94102

—LEGAL MAIL—

Dep. K. Driscoll
#2952

Confidential

SANTA RITA JAIL
5325 BRODER BLVD.
DUBLIN, CA 94568

Confidential