1  R. Robertson APM873
   5325 Broder Blvd.
2  Dublin, CA 94568-3309
   (775) 335-7773 (message)
3  _Plaintiff,_____ In Pro Per
   Email: gsanders@destination-freedom.org

**FILED**

Oct 04 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERTSON, REGINALD,

Plaintiff(s),

vs.

NEGRETE, MARCO — ACSO DEPUTY SHERIFF, et. al.,

Defendant(s).

Case Number: 5:23-cv-05080-BLF (PR)

DECLARATION OF PLAINTIFF,

IN SUPPORT OF COMPLAINT UNDER 42 U.S.C., SECT. 1983 — WITH JURY DEMAND

Monday, September 25th, 2023

I, R. Robertson, declare as follows:

1. I am a pretrial detainee, lodged at Santa Rita Jail - Dublin, CA, and have mental-health impairments which "severly limit a life activity", as defined in the ADA.

2. I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

DECLARATION OF PLAINTIFF _____ IN SUPPORT OF
"COMPLAINT UNDER 42 U.S.C., SECT. 1983 — WITH JURY DEMAND"
                                           CASE NO. _____; PAGE 1 OF 4

3. I make this declaration in support of a civil action against named Santa Rita Jail-Alameda County Sheriff's Office (here-in "SRJ/ACSO"), deputies and entity, County of Alameda.

4. As I have suffered numerous deprivations at the hands of SRJ staff and County of Alameda, based on their long-standing custom/practice of violating the rights of inmates and the rights of inmates with mental-health diagnoses, both of which are classes I belong.

5. Over a period of approximately four-years, I have been confined to SRJ-at all times-as a pretrial detainee (Oct. 2019 thru present day - Sept. 2023).

6. I have intimate knowledge of ACSO/SRJ policies, procedures, customs, practices gleened through personal observation and experience.

7. I filed this civil-action related to three-seperate incidents of percieved retaliation, denial of access to programs/services, use-of-force, assault w/GBI, and harrassment-against defendant, Negrete, his supervisors, and entity, defendant, County of Alameda.

8. In support of these allegations, I have attached documentary evidence which is incorporated in this petition, a description of which to follow:

(a). Exhibit A. - Email sent on 12-30-21 to ACSO-Internal Affairs Unit...
(continued, page 2)

DECLARATION OF "PLAINTIFF, IN SUPPORT OF COMPLAINT UNDER 42 U.S.C., SECT. 1983-WITH JURY DEMAND"
Page 2 of 4

1  ... requesting information under the CA Public Records Act and which I
2  dictated - via phone call - to my representative at Destination Freedom, id., complaint
3  at 7.
4  (b). Exhibit B, ACSO/SRJ Inmate Grievance and ACSO-Grievance Response
5  #22-0470, regarding the 1st subject-incident, id., complaint at 7-9 inclusive.
6  (c). Exhibit C, Witness Statements of plaintiff, inmate-worker, J. Gloede,
7  inmate-D. Godwin, regarding incident (1st subject-incident), which were sent with a
8  claim to County of Alameda - with Proof of Service.
9  (d). Exhibit D, ACSO/SRJ Inmate Grievance and ACSO-Grievance Response #
10 22-2272 (both created digitally), regarding 1st Subject-incident.
11 (e). Exhibit E, I made no threats of self-harm on 12-30-21, assuming argu-
12 endo any inmate made such threats, this exhibit ACSO P/P 13.06 "Suicide
13 Prevention, is the procedure defendants had a duty to follow/adhere to (Note:
14 ACSO P/P are in flux due to a Consent Decree in place and as Alameda County
15 elected a new sheriff. Exhibit E is the ACSO P/P which was in place on 12-30-21.
16 (f). Exhibit F, I created and mailed a handwritten complaint against
17 defendant, Negrete - to ACSO-Internal Affairs, Exhibit F, is a copy of the letter.
18 (g). Exhibit G, This Exhibit (ACSO-Grievance Response #22-1041, ACSO/SRJ
19 Inmate Grievance and ACSO-Grievance Response #22-2376, ACSO-Grievance Response
20 #22-2504), relates to the 2nd Subject-incident and Sgt. C.'s involvement.
21 (h). Exhibit H, ACSO P/P 16.05 "Protection From Harm" is
22 provided to support allegation Defendants have a duty to protect plaintiff
23 from harm, inter alia.
24 (i). Exhibit I, ACSO-Grievance Response #22-3170 establishing defendant, Negrete
25 violated plaintiff's due process rights (Note: Sgt. C. investigating supervisor).
26
27  9. In my understanding, these documents shall be of benefit to
28 Defendants, and to this Court in aiding review... (continued, page 4)

DECLARATION OF: "PLAINTIFF, IN SUPPORT OF COMPLAINT UNDER 42 U.S.C., SECT. 1983 - WITH JURY DEMAND"
PAGE NO. 3 OF 4

1  ... of this action.

3  10. In my understanding, ACSO/SRJ staff and defendant, Negrete
4  have placed misrepresentations in my Inmate Records, related to the
5  1st and 2nd Subject incidents, which should be purged.

7  11. Additionally, I request to be compensated for my injuries.

23  I declare under penalty of perjury under the laws of the United States that the foregoing is
24  true and correct and that this declaration was executed on [date] Monday, September 25th, 2023.
25  Signature: R. Robertson - in pro per
26  Printed name: R. Robertson-Apm 873      Attachments :- As
27  Address: 5325 Broder Blvd.              listed Above -
28  Dublin, CA   94568-3309

DECLARATION OF __PLAINTIFF__ IN SUPPORT OF
"COMPLAINT UNDER 42 U.S.C., SECT. 1983- WITH JURY DEMAND"
CASE NO. _____ ; PAGE 4 OF 4